UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:21mj236 (TOF) |
| v. | |
| | December 23, 2021 |
| SEARCH WARRANT | |

## **MOTION TO UNSEAL CASE**

The United States of America respectfully moves to unseal the documents in the above-captioned case because there are no longer compelling reasons to continue the Court's sealing order.

Respectfully submitted,

LEONARD C BOYLE
ACTING U.S. ATTORNEY

MARIA DEL PILAR GONZALEZ
ASSISTANT U.S. ATTORNEY
Fed Bar No. ct30716
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
pilar.gonzalez@usdoj.gov

## **CERTIFICATION**

I hereby certify that on December 23, 2021, a copy of the foregoing was filed electronically with the Court.

                                            */s/ Maria del Pilar Gonzalez*
                                            MARIA DEL PILAR GONZALEZ
                                            ASSISTANT UNITED STATES ATTORNEY